STATE OF NORTH CAROLINA v. CURTIS SIMPSON, JR.

No. 7429SC930

(Filed 19 February 1975)

APPEAL by defendant from *Winner, Judge.* Judgment entered 19 August 1974 in Superior Court, POLK County. Heard in the Court of Appeals 22 January 1975.

Defendant was charged in a bill of indictment with the felony of robbery with a dangerous weapon. He was found guilty of attempted robbery with a dangerous weapon, and judgment of imprisonment was entered.

The State's evidence tended to show that defendant went into McGinnis' store, pointed a pistol at Mr. McGinnis, and demanded his wallet. McGinnis did not have a wallet; therefore, defendant pointed the pistol at McGinnis' head and ordered him to lie down on the floor. After defendant left the store, $21.00 was missing from the cash drawer.

*Attorney General Edmisten, by Associate Attorney Robert P. Gruber, for the State.*

*Robert W. Wolf, for the defendant.*

BROCK, Chief Judge.

Defendant's motions for judgment as of nonsuit were properly overruled.

We have carefully considered defendant's assignments of error to the judge's instructions to the jury. In our opinion the

instructions, considered as a whole, fairly presented the case to the jury under applicable principles of law.

No error.

Judges BRITT and CLARK concur.